# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**        Filed Under Seal

       **v.**        CASE NO. 6:19-cr-10133-JWB

**ALEX PEREZ,**

       **Defendant.**

# INDICTMENT

**THE GRAND JURY ALLEGES**:

### Count One

**18 U.S.C. § 922(g)(1)**
**(Prohibited Person in Possession of a Firearm)**

On or about September 20, 2019, in the District of Kansas, the defendant,

**ALEX PEREZ,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting commerce, that is,

    1.    a Springfield XD .45 caliber handgun, s/n XD729828,

had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(2).

## Forfeiture Notice

As a result of committing the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

1. a Springfield XD .45 caliber handgun, s/n XD729828;
2. ammunition.

All in violation of Title 18, United States Code, Sections 922(g) and 924(d), and Title 28, United States Code, Section 2461.

**A TRUE BILL**

October 9, 2019  
DATE

 s/Foreperson  
FOREPERSON OF THE GRAND JURY

 s/Stephen R. McAllister  
STEPHEN R. McALLISTER  
United States Attorney  
District of Kansas  
1200 Epic Center, 301 N. Main  
Wichita, Kansas 67202  
(316) 269-6481  
Ks. S. Ct. No. 15845  
stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**